# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Apr 20, 2018

SEAN F. McAVOY, CLERK

|  |  |
|---|---|
| Steven Brown | ) |
| *Plaintiff* | ) |
| v. | ) |
| Commissioner of Social Security | ) |
|  | ) |
| *Defendant* | ) |

Civil Action No.   1:17-cv-03056-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑  other:   Plaintiff's motion for summary judgment, ECF No. 15, DENIED.
            Defendant's motion for summary judgment, ECF No. 16, GRANTED.
            Judgment for the Defendant.

This action was *(check one)*:

❏  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by Judge   Mary K. Dimke _____ .

Date:   4/20/18 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Shelly Koegler _____
*(By) Deputy Clerk*

Shelly Koegler _____